UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT L. DORSEY, *pro se*,

    Plaintiff,

v.                                          Case No.  8:11-cv-1436-T-30AEP

ROSS STORES, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. A review of the file indicates the Plaintiff has failed to amend his Complaint by September 15, 2011, as instructed in the Magistrate Judge's Order (Dkt. #3) issued August 11, 2011. It is therefore

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on September 28, 2011.

                                                    JAMES S. MOODY, JR.
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2011\11-cv-1436.dismissal.wpd